438 F.2d 127
 UNITED STATES of America, Plaintiff-Appellee,
v.
Eduardo ARANZOLA, Defendant-Appellant.
 No. 29019.
 United States Court of Appeals, Fifth Circuit.
 February 3, 1971.
 
 Appeal from the United States for the Southern District of Florida; Charles B. Fulton, Chief Judge.
 Eduardo Aranzola, pro se.
 L. Frank Chopin, Miami, Fla., (Court Appointed), for defendant-appellant.
 Robert W. Rust, U. S. Atty., Jose E. Martinez, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.
 Before JOHN R. BROWN, Chief Judge, and TUTTLE and GODBOLD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed under the controlling authority of Buie v. United States, 1969, 396 U.S. 87, 90 S.Ct. 284, 24 L.Ed.2d 283. See Local Rule 21.[1]
 
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966